**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EILEEN AVILES, ET AL., <br><br> Plaintiff(s) <br><br> v. <br><br> PROCTOR & GAMBLE COMPANY, <br><br> Defendant(s) | **RECUSAL ORDER** <br><br><br> Case No.: 2:21-cv-02108 JAM AC |

   Upon examination of the above-captioned action, the undersigned judge disqualifies himself. Good cause appearing therefor,

   IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

   IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

   IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the

1

assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: November 16, 2021    /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE