ANDREW SOUKUP (*pro hac vice* application forthcoming)
asoukup@cov.com
EMILY ULLMAN (*pro hac vice* application forthcoming)
eullman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5066

AMY S. HEATH (SBN 312516)
aheath@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

*Attorneys for Defendant*
*The Procter & Gamble Company*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN AVILES, SHELBY COOPER, TANYA COOPER, JACOB COOPER, AND PATRICIA DONADIO individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>    Defendant. | Civil Case No.: 2:21-CV-02108-KJM-AC<br><br>**NOTICE OF APPEARANCE OF AMY S. HEATH** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Amy S. Heath of the law firm Covington & Burling LLP, Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, CA 94105-2533, hereby enters an appearance in the above-captioned matter as counsel of record on behalf of Defendant The Procter & Gamble Company.  Ms. Heath is admitted to practice in the United States District Court for the Eastern District of California and is in good standing as a member of the bar of the State of California.

DATED:  November 23, 2021

COVINGTON & BURLING LLP

By:  /s/ Amy S. Heath

ANDREW SOUKUP (*pro hac vice* application forthcoming)
asoukup@cov.com
EMILY ULLMAN (*pro hac vice* application forthcoming)
eullman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5066

AMY S. HEATH (SBN 312516)
aheath@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000

*Attorneys for Defendant The Procter & Gamble Company.*