

# United States District Court
# Eastern District of California

| Eileen Aviles et al. | Case Number: 2:21-cv-02108-KJM-AC |

Plaintiff(s)

V.

| The Procter & Gamble Company |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew Soukup hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant The Procter & Gamble Company.

On 06/07/2010 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Kamlade v. LEO Pharma Inc., No. 1:21-cv-00522, application filed 04/14/21, granted 04/15/21

Date: 11/29/2021            Signature of Applicant: /s/ Andrew Soukup

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew Soukup |
| Law Firm Name: | Covington & Burling LLP |
| Address: | One CityCenter |
| | 850 Tenth Street NW |
| City: | Washington   State: DC   Zip: 20001 |
| Phone Number w/Area Code: | (202) 662-5066 |
| City and State of Residence: | McLean, Virginia |
| Primary E-mail Address: | asoukup@cov.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Amy S. Heath |
| Law Firm Name: | Covington & Burling LLP |
| Address: | 415 Mission Street |
| | Suite 5400 |
| City: | San Francisco   State: CA   Zip: 94105 |
| Phone Number w/Area Code: | (415) 591-6000   Bar # 312516 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 20, 2021

/s/ [signature]
CHIEF UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Andrew J Soukup*

was duly qualified and admitted on June 7, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on**
**November 29, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.